# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2014

### NO. 03-12-00560-CV

**The Texas State Board of Pharmacy, and in their official capacities only, Gay Dodson, Executive Director; and Jeanne D. Waggener, President of the Board, Appellants**

**v.**

**Tiana Jean Witcher, Appellee**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
AFFIRMED ON MOTION FOR REHEARING --
OPINION BY CHIEF JUSTICE JONES;
DISSENTING OPINION BY JUSTICE GOODWIN**

**THIS DAY** the Court fully considered the appellants' motion for rehearing and is of the opinion that the motion should be overruled. **IT IS THE OPINION** of this Court that there was no error requiring reversal in the trial court's judgment: **IT IS THEREFORE** considered, adjudged, and ordered that the appellants' motion for rehearing is overruled; the opinion, dissenting opinion, and judgment of this Court, dated May 3, 2013, are withdrawn; this opinion, dissenting opinion, and judgment are substituted in their places; and the judgment of the trial court is in all things affirmed. It is **FURTHER** ordered that the appellants pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.